FILED

APR 22 2016 ⑤

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_Weisheng Ye_          Plaintiff,

      vs.

_University of California,_
_San Francisco_     Defendant(s).

CV 16 2183

CASE NO. _____

EMPLOYMENT DISCRIMINATION
COMPLAINT

1. Plaintiff resides at:

Address __1 MCCARTHY AVE,__

City, State & Zip Code __SAN FRANCISCO, CA 94134__

Phone __415-481-9518__

2. Defendant is located at:

Address __3333 CALIFORNIA ST,__

City, State & Zip Code __SAN FRANCISCO, CA 94118__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

a. __ Failure to employ me.

b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)          - 1 -

c. __ Failure to promote me.

d. _X_ Other acts as specified below.

Failure to employ me and violation of labor law _____

_____

_____

_____

_____

_____

5.      Defendant's conduct is discriminatory with respect to the following:

a. __ My race or color.

b. __ My religion.

c. _ My sex.

d. __ My national origin.

e. _X_ Other as specified below.

Sex harassment, retaliation, irresponsible denial & cover-up _____

6.      The basic facts surrounding my claim of discrimination are:

A. Physical harassment--Damon Lew put his right hand near my spine out of a sudden, rubbing my back with his fingers on in a  rhythm, which caused sexually uncomfortable.  Also, he keep his private part of body close to my left elbow as close as less than 1 inch while I was typing in my cubicle.  B.  Intimidation—1. Damon Lew scolded and horrified me out of sudden about my marriage, which was not related to job duty or performance, inside his car during work.  2. Damon Lew often laid blames on me responsively in a rude manner.  3. He canceled my Apex class training making it harder for me to find a job.  C.  Retaliations--I was targeted out unemployed out of the 18 graduates.  D.  UCSF's handling of my complaint by irresponsive denial and cooked up lies.

7.      The alleged discrimination occurred on or about _____08/02/2014_____.

                                              (DATE)

8.      I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

discriminatory conduct on or about _____09/18/2015_____.

(DATE)

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _____1/29/16_____.

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes __X__    No ___

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _____04/17/2016_____    _____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION    _____WEISHENG YE_____

IS NOT REQUIRED.)    PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)    - 3 -

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Weisheng Ye**
**1 Mccarthy Ave.**
**San Francisco, CA 94134**

From: **San Francisco District Office**
**450 Golden Gate Avenue**
**5 West, P.O. Box 36025**
**San Francisco, CA 94102**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2015-01215** | **Warren S. Chen,** **Investigator** | **(415) 522-3220** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_signature_

**William R. Tamayo,**
**District Director**

1/29/16
(Date Mailed)

Enclosures(s)

cc:

**University of California, San Francisco**
**Attn: Human Resources Director**
**500 Parnassus Ave**
**San Francisco, CA 94143**