UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISHENG YE,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO,<br><br>          Defendant. | Case No.  4:16-cv-02183-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 3, 2016 at 1:30 p.m. has been CONTINUED to **November 2, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than October 26, 2016**.**

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISHENG YE,<br><br>        Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO,<br><br>        Defendant. | Case No. 4:16-cv-02183-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Weisheng Ye
1 McCarthy Ave.
San Francisco, CA 94134

Dated: July 27, 2016

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Ivy Lerma Garcia, Deputy Clerk to the
                                              Honorable DONNA M. RYU